UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:02-CR-107-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| RON KEITH MORRISON | ) | |

This matter is before the court on defendant's filing of 9 June 2014. (DE # 83.) It is entitled "Clarification of § 3582(c)(2) Filing." (Id.) It appears that defendant seeks to make additional arguments in support of his prior § 3582(c)(2) motion. The court denied that motion on 29 May 2014. To the extent defendant's filing could be deemed another § 3582(c)(2) motion or a motion for reconsideration of the court's 29 May 2014 order, it is DENIED.

This 15 September 2014.

W. Earl Britt
Senior U.S. District Judge